IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

      Plaintiff,                       No. CIV S-07-0150 RRB EFB P

   vs.

G. R. GONZALES, et al.,

      Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a prisoner, without counsel, suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 11, 2008, the court dismissed plaintiff's complaint for failure to state a cognizable claim against any defendant. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim.

      The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1     Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
2 state a claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  April 18, 2008.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE